CARROLL, T. #H73384
MCSP-3-18-A-105
P.O. BOX 409089
IONE, CA 95640

FILED
Jan 06 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 22 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

U.S. DISTRICT COURT (NORTHERN)
CALIFORNIA                    21-cv-78-DMR

CARROLL, T.,                    CASE NO. ~~4-94-cv-2307~~
    PETITIONER                  ~~(ARMSTRONG v. NEWSOM)~~
                                PETITION TO COMPEL,
STATE OF CA, ET. AL,            WRIT OF MANDATE
    RESPONDENT(S)               12/09/20   1300 HRS.

PETITIONER CARROLL IS AN INDIGENT HEARING/VISION/MOBILITY IMPAIRED INMATE/PATIENT IN CDCR/MHDS AT EOP LEVEL OF CARE. PETITIONER REQUESTS THIS HONORABLE COURT COMPEL/MANDATE ROSEN, BIEN, GALVAN & GRUNFELD LLP TO PROVIDE HIM WITH ALL DOCUMENTS REGARDING THIS CASE INCLUDING EMAIL EXCHANGES WITH CDCR, FILINGS, RULINGS, LETTERS ETC THAT ARE ABOUT HIM AND/OR CONCERNING HIM.

THE ABOVE IS TRUE TO MY KNOWLEDGE.

T. Carroll (IN PRO-SE)
12/09/20

P.C. 1258

## DECLARATION

I, TREMAYNE CARROLL SR., DECLARE OF MY OWN FREE WILL THAT IF MY NAME AND/OR CONTENTS OF THESE FILINGS ARE PUBLISHED AND/OR PLACED ONLINE, MY LIFE AND THE LIVES OF MY FAMILY MEMBERS WILL BE IN GRAVE DANGER. IN OTHER FILINGS, THIS HONORABLE COURT AND THE HONORABLE CLAUDIA WILKENS HAVE REDACTED/REFRAINED FROM USING MY NAME FOR THE SAME REASONS AND THE REASONS STILL EXIST. OBVIOUSLY RBGG AND CDCR ATTORNEYS WILL KNOW MY NAME BUT OUTSIDE OF THEM THESE FILINGS SHOULD BE SEALED WITH THE REST OF THE RECORD, SIGNED 07/10/2020. FAILURE TO DO SO WILL DEFINITELY RESULTED IN MULTIPLE DEATHS THAT COULD BE PREVENTED. ALL OTHER ORDERS IN THIS MATTER SHOULD REMAIN IN PLACE.

T-C☉ (IN PRO-SE)
12/09/20

P.C. 1258

DECLARATION

I, TREMAYNE CARROLL, DECLARE OF MY OWN FREE WILL THAT I AM A FEDERAL WITNESS IN THE ARMSTRONG V. NEWSOM CASE AND ALL CDCR STAFF AND INMATES ARE AWARE OF THIS. HOWEVER, I HAVEN'T BEEN AFFORDED FEDERAL WITNESS PROTECTION MEASURES. MY LIFE IS IN GRAVE DANGER AND I FEAR I'LL SUFFER THE FATE OF I/P GRISBY, WHO WAS KILLED FOR BEING A FEDERAL WITNESS IN THE SAME CASE THAT WASN'T AFFORDED FEDERAL WITNESS PROTECTION. THE ABOVE IS TRUE TO MY KNOWLEDGE.

T. C***** (IN PRO-SE)
12/09/20

P.C. 1258

# UNITED STATES DISTRICT COURT
Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Carroll Tremayne H73384
MCSP
P.O. Box 409089
Ione, CA 95640

Case Number: 4:94-cv-02307

RE: Pleadings and/or Correspondence received on: 12/23/2020

☐ **CASE NUMBER:** The Eastern District case number could not be identified for the attached filing. You must write your case number on all documents submitted to the court.

☐ **FILING FEE:** The filing fee of $402.00 was not received ($5.00 for habeas petitions), nor was an application to proceed In Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

☐ **COPYWORK:** The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

☐ **NAME SEARCHES:** The Office of the Clerk requires a $31.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate cases.

☐ **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 133 (d) (2). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed stamped envelope with the correct postage.

☐ **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 250.2 (c), Interrogatories, responses and proofs of service shall not be filed with the clerk of court until there is a proceeding in which the interrogatories, production of documents or requests for admission are AT ISSUE.

☐ **LOCAL RULES:** The Eastern District of California Local Rules are available on the court website at www.caed.uscourts.gov.

☐ **LEGAL ADVICE:** The court can not give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

☐ **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:

  ☐ We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.

  ☐ Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

  ☐ The Clerk's office is not able to accept post-dated or altered checks. Please return payment made with an appropriately dated and/or unaltered check or money order.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☐ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated at [Selected Institutions]", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Litigation Coordinator.

☒ **OTHER:**

> Your case is with California Northern District (Oakland).

Thank you for your future attention to this matter.

| AT | 12/23/2020 |
|---|---|
| Deputy Clerk | Date |

Revised 01/06/2020



**Mule Creek State Prison**
Name: CARROLL TREMAYNE
CDC#: H73384
Facility D Building 18 Cell 105
P.O. Box 409089
Ione, CA 95640

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

| Facility Post Office Boxes | |
|---|---|
| Facility A | P.O. Box 409020 |
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |

PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

RECEIVED

U.S. POSTAGE >> PITNEY BOWES
ZIP 95640
02 4W
0000338561 DEC 30 2020
$ 000.65°

CONFIDENTIAL/LEGAL MAIL

U.S. CLERK, DISTRICT COURT (NORTHERN)
OFFICE OF THE CLERK
NORTH DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE., 16TH FL
SAN FRANCISCO, CA 94102

SUSAN Y. SOONG

c/o Mail room

[signature]

12/29/20

86872

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL
Mail containing any of the following items will be disallowed:
- Padded envelopes or cardboard containers.
- Cardstock, sketch pads, construction paper or colored paper.
- Musical greeting cards, videos, CD's or Cassette tapes.
- Cash, pens, pencils or markers.
- Identification cards, credit cards, bank cards, phone cards, etc.
- Polaroid photographs, negatives, slides or photo albums. Photos depicting drugs and/or drug paraphernalia. Photos, drawings, magazine articles, and/or pictorials displaying frontal nudity of either gender are not allowed. Nothing that depicts displays, or describes sexual penetration or sexual acts will be allowed.
- Gang affiliated material, hand gestures or signs.
- Clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers glue or glitter.
- Tattoo patterns or tracing patterns. No jewelry will be allowed.
- Mail containing any unknown substance, powder, liquid, or solid.
- Lipstick, perfume, cologne, or scent of any kind.
- Anything deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of mail policies and procedures.
- Mail that does not have a full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL
- Incoming mail must weigh less than 13 ounces.
- 40 postage stamps/pre-stamped envelopes.
- Letters.
- Greeting cards.
- Photographs (no larger than 8" x10")
- Checks/Money orders with inmate's name and CDCR#
- Writing Paper (white/yellow lined only).
- Publications (books, magazines, newspapers) MUST come directly from vendor.
- For funds to be mailed directely to inmate's account, send through www.jpay.com or (800) 574-5729.