UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL,<br><br>  Petitioner,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>  Respondent. | Case No. 21-cv-00078-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

  Petitioner, a state prisoner acting pro se, filed a writ of mandate.  Petitioner was sent a notice that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP") or submitted a formal petition.  He was provided twenty-eight days to correct these deficiencies.  More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or submitted a formal petition.  The case is **DISMISSED** without prejudice.  All pending motions are **DENIED**.

  **IT IS SO ORDERED.**

Dated: March 15, 2021

_____
JAMES DONATO
United States District Judge